# Court of Appeals
# of the State of Georgia

ATLANTA, June 06, 2022

*The Court of Appeals hereby passes the following order:*

## A22A0517. HANIG et. al. v. LOFT.

We granted the application for interlocutory review of the trial court's order denying the appellants' motion for summary judgment. After careful review of the entire record in this case, we conclude that the application was improvidently granted. Accordingly, it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/06/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*